Raagini Shah (SBN 268022)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:    +1 213 457 8080
Email: rshah@reedsmith.com

Attorneys for Defendant
SYNCHRONY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE SINGH,<br><br>  Plaintiff,<br><br>  vs.<br><br>SYNCHRONY BANK,<br><br>  Defendant. | Case No. 3:16-CV-05740-WHO<br><br>**JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS LAWSUIT**<br><br>[Hon. William Orrick Jr.] |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Marche Singh ("Singh") and Defendant Synchrony Bank ("Synchrony") (collectively, "the Parties"), by and through their respective undersigned counsel, hereby submit this Joint Stipulation to Arbitrate Claims and Dismiss Lawsuit, stating as follows:

1. The Parties have now agreed to submit all of the claims in this lawsuit to arbitration pursuant to the Parties' arbitration agreements, which are included in the cardmember agreements (the "Agreements") affecting Singh's credit card accounts with Synchrony.

2. The Parties therefore respectfully request that (a) this Court order that all of the claims in this lawsuit be submitted to binding, non-judicial arbitration pursuant

to the Parties' arbitration agreement, and (b) that the case be dismissed without prejudice.

DATED: April 17, 2018        REED SMITH LLP

                             By    /s/ Raagini Shah [1]
                                Raagini Shah
                                Attorney for Defendant
                                SYNCHRONY BANK

DATED: April 17, 2018        KIMMEL & SILVERMAN, P.C.

                             By    /s/ Rachel Rebecca Stevens
                                Rachel Rebecca Stevens
                                Attorney for Plaintiff
                                MARCHE SINGH

---

[1] Pursuant to Northern District Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

– 2 –
JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS LAWSUIT