UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARCHE SINGH, | Case No. 3:16-CV-05740-WHO |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS LAWSUIT** |
| vs. | |
| SYNCHRONY BANK, | [Hon. William Orrick Jr.] |
| Defendant. | |

Plaintiff Marche Singh and Synchrony Bank have filed a Stipulation to Arbitrate Claims and Dismiss Lawsuit. Pursuant to the Stipulation, and for **GOOD CAUSE** shown, the Stipulation is hereby **GRANTED**. The Parties' clams shall be submitted to arbitration pursuant to the Parties' agreement, and this case is dismissed without prejudice.

DATED: APRIL 17, 2018    _____
United States District Judge